# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 7:17-cv-209-BO

BRUNSWICK COUNTY, a governmental entity )
)
Plaintiff(s), )
)
vs )
)
DOWDUPONT, INC., a Delaware corporation, et al. )
Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__DowDuPont Inc.__ who is __a defendant__,
(name of party)            (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ●       NO ○

2. Does party have any parent corporations?

   YES ○       NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:
N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○       NO ●

If yes, identify all such owners:
N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ⦿     NO ○

If yes, identify entity and nature of interest:
None other than the named parties.

5. Is party a trade association?

    YES ○     NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:
N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:
N/A

Signature: /s/ Jonathan D. Sasser

Date: November 29, 2017

[Finalize Form] [Reset Form]