IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-209-D

| | | |
|---|---|---|
| BRUNSWICK COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| E.I. DU PONT DE NEMOURS AND CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court will hold a status conference at 2:00 p.m. on Thursday, April 25, 2019, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

In sum, the court GRANTS plaintiffs' motion for a status conference [D.E. 82] and DENIES plaintiffs' motion to compel a discovery conference [D.E. 63, 80]. The court anticipates addressing issues related to Rule 26 of the Federal Rules of Civil Procedure at the status conference. The clerk shall update the case name.

SO ORDERED. This 21 day of March 2019.

*Dever*
JAMES C. DEVER III
United States District Judge